UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
OCT 15 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| LORI K. RUIZ, | \* | CR 07-4077 |
| Plaintiff, | \* | |
| -vs- | \* | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) to obtain judicial review of Defendant's final decision denying Plaintiff's claim, and

The Defendant having answered Plaintiff's complaint and the certified transcript of the administrative hearing having been filed.

It now being necessary to set a briefing schedule, and it appearing that the Plaintiff should file and serve the first brief on the legal issues raised herein, and

Now, therefore, sua sponte,

IT IS ORDERED:

1. That the Plaintiff shall file and serve her brief on all the issues herein, on or before December 3, 2007.

2. That the Defendant shall file and serve his answering brief on all the issues herein on or before January 4, 2008.

3. That the Plaintiff shall file and serve a reply brief on all issues on or before February 4, 2008.

4. That if after reviewing the briefs the Court determines that oral argument is necessary, a date for oral argument will then be set.

5. That the Court will thereupon decide this appeal on its merits without further proceedings.

Dated this 15th day of October, 2007.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk

By Shelly Margulies Deputy